# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D20-1881

———————————————————

SEVA TECHNOLOGIES, LLC,

Appellant,

v.

FLORIDA DEPARTMENT OF
MANAGEMENT SERVICES,

Appellee.

———————————————————

On appeal from the Florida Department of Management Services.
Jonathan Satter, Secretary.

September 24, 2021

PER CURIAM.

AFFIRMED.

RAY, MAKAR, and M.K. THOMAS, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Geoffrey D. Smith, Timothy B. Elliott, and Stephen B. Burch of Smith & Associates, Tallahassee, for Appellant.

M. Drew Parker and Brittany Adams Long of the Radey Law Firm, Tallahassee, for Appellee.